IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-452-JLK**

**UNITED STATES OF AMERICA,**

            Plaintiff,

v.

**1.     JOHN K. BROWNFIELD, JR.,**

            Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Sentencing Hearing in this matter is scheduled for **December 18, 2009 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 16, 2009